# United States District Court
# For The Western District of North Carolina
# Charlotte Division

EDWARD H. BYERS ,

        Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                 CASE NO. 3:10-CV-60

JANET NAPOLITANO,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/25/2010 Order.


                                                     Signed: August 25, 2010

Frank G. Johns, Clerk
United States District Court